# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**RICHARD E. COE,**

    Plaintiff(s),

-vs-

    **CASE NO. 3:10-cv-255**

    **District Judge Timothy S. Black**
    **Mag. Judge Michael R. Merz**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

    Defendant(s).

## JUDGMENT IN A CIVIL CASE

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED:** that the Report and Recommendation of the U.S. Magistrate Judge (doc 11) is **ADOPTED**.  Defendant's Objections (Doc. #12) are **OVERRULED.**  The Commissioner's decision that the Plaintiff is not disabled and therefore not entitled to benefits under the Act is **REVERSED** and Plaintiff is **AWARDED** benefits.  This case is **TERMINATED** on the docket of this Court.

Date:  April 11, 2011                                               **JAMES BONINI, CLERK**

                                                                             By: s/ M. Rogers
                                                                             Deputy Clerk