**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

RICHARD E. COE, :

        Plaintiff,

  -vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

        Defendant. :

Case No. 3:10-cv-255

District Judge Timothy S. Black
Magistrate Judge Michael R. Merz

**ORDER**

On Motion of the Plaintiff (Doc. No. 18) and with the consent of the Defendant (Doc. No. 19), Plaintiff is awarded attorney fees in this case, pursuant to 42 U.S.C. § 406(b), in the amount of $23,852.00.

January 17, 2012.

                                              Timothy S. Black
                                              United States District Judge